AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Mark A. Smith ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 1:18-cv-242 |
| AdvancePierre Foods, Inc. ) | |
| *Defendant* ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ other: AdvancePierre Foods, Inc.'s Motion for Summary Judgment (Doc. 23) is granted and Plaintiff Marks Smith's claims are dismissed with prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge Douglas R. Cole on a motion for Summary Judgment.

Date: 6/26/20

CLERK OF COURT

*Scott M.* [signature]

Signature of Clerk or Deputy Clerk